ACCEPTED
12-14-00323-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/8/2015 10:33:25 AM
Pam Estes
CLERK

NO. 12-14-00323-CV

**IN THE**
**TWELFTH COURT OF APPEALS**
**TYLER, TEXAS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/8/2015 10:33:25 AM
PAM ESTES
~~Clerk~~

––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

DAVID TUBB, ET AL.                                                         APPELLANTS

V.

ASPECT INTERNATIONAL, INC., ET AL.                        APPELLEES

––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

### UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLEES

Appellees, Aspect International, Inc. and James Michael Sterling, request a thirty (30) day extension of the deadline for filing their brief, pursuant to Tex. R. App. P. 10.

1.     September 8, 2015, is the current deadline for filing Appellees' brief.

2.     A thirty (30) day extension is requested.

3.     The following facts are relied on to reasonably explain the need for an extension. Keith Dollahite (the "attorney") has not had adequate time to review the record, research the law, and prepare a brief.

| | |
|---|---|
| July 31 | The attorney received notice that Appellees' brief was due on September 8, 2015 |
| August 1 - 9 | The attorney was on a pre-planned, out-of-state family vacation. |
| August 10 | The attorney returned to the office, reviewed incoming correspondence and pleadings and returned telephone calls from the previous two weeks; participated in a scheduling conference call in *Cotten v. City of* |

1

*Tyler, et al.*, No. 2:15-CV-00520, in the United States District Court for the Eastern District of Texas, Marshall Division.

| | |
|---|---|
| August 11 | The attorney prepared for an arbitration in *Pioneer Royalty, Inc., et al. v. Gaither Petroleum Corp., et al.,* Cause No. 2012-255, in the 402nd Judicial District, Wood County, Texas, and prepared closing documents for a complex probate estate and related lawsuits. |
| August 12 | The attorney prepared closing documents for a complex probate estate and related lawsuits; prepared discovery responses, pleadings, and joint pretrial order in order in *Lisa Cowley v. CR Capital Group, LLC, et al.*, No. 62,728-A, in the County Court at Law No. 2, Smith County, Texas; and participate in a conference call with his client and a vendor to discuss a contract dispute. |
| August 13 | The attorney prepared the arbitration statement in order to comply with deadlines in *Pioneer Royalty, Inc., et al. v. Gaither Petroleum Corp., et al.,* Cause No. 2012-255, in the 402nd Judicial District, Wood County, Texas, and prepared closing documents for a complex probate estate and related lawsuits. |
| August 14 | The attorney attended a scheduling conference in Marshall in *Cotten v. City of Tyler, et al.*, No. 2:15-CV-00520, in the United States District Court for the Eastern District of Texas, Marshall Division; and prepared the arbitration statement in order to comply with deadlines in *Pioneer Royalty, Inc., et al. v. Gaither Petroleum Corp., et al.,* Cause No. 2012-255, in the 402nd Judicial District, Wood County, Texas. |
| August 15 | Saturday. |
| August 16 | Sunday. |
| August 17 | The attorney prepared the arbitration statement in order to comply with deadlines in *Pioneer Royalty, Inc., et al. v. Gaither Petroleum Corp., et al.,* Cause No. 2012-255, in the 402nd Judicial District, Wood County, Texas, and prepared closing documents for a complex probate estate and related lawsuits. |

| | |
|---|---|
| August 18 | The attorney prepared for and attended a hearing in *Lisa Cowley v. CR Capital Group, LLC, et al.,* No. 62,728-A, in the County Court at Law No. 2, Smith County, Texas; prepared closing documents for the sale of corporate stock; and finalized and submitted the arbitration statement in order to comply with deadlines in *Pioneer Royalty, Inc., et al. v. Gaither Petroleum Corp., et al.,* Cause No. 2012-255, in the 402nd Judicial District, Wood County, Texas. |
| August 19 | The attorney prepared for mediation scheduled for the following day in *Lisa Cowley v. CR Capital Group, LLC, et al.,* No. 62,728-A, in the County Court at Law No. 2, Smith County, Texas; prepared closing documents for the sale of corporate stock; prepared a settlement agreement and dismissal documents in *Diane Quilimaco v. CHRISTUS Spohn Health System Corp.,* Cause No. 2015CCV-61343-2, pending in the County Court at Law No. 2, Nueces County, Texas; and prepared closing documents for a complex probate estate and related lawsuits. |
| August 20 | The attorney attended mediation in *Lisa Cowley v. CR Capital Group, LLC, et al.,* No. 62,728-A, in the County Court at Law No. 2, Smith County, Texas. |
| August 21 | The attorney prepared closing documents for the sale of corporate stock; reviewed documents for two potential claims and provided opinion letters to his client; prepared closing documents for a complex probate estate and related lawsuits; and prepared for arbitration in *Pioneer Royalty, Inc., et al. v. Gaither Petroleum Corp., et al.,* Cause No. 2012-255, in the 402nd Judicial District, Wood County, Texas. |
| August 22 | Saturday. |
| August 23 | Sunday. The attorney prepared for arbitration and traveled to Houston in *Pioneer Royalty, Inc., et al. v. Gaither Petroleum Corp., et al.,* Cause No. 2012-255, in the 402nd Judicial District, Wood County, Texas. |
| August 24 | The attorney participated in an arbitration/mediation in Houston in *Pioneer Royalty, Inc., et al. v. Gaither Petroleum Corp., et al.,* Cause No. 2012-255, in the 402nd Judicial District, Wood County, Texas. |

August 25    The attorney participated in an arbitration/mediation in Houston in *Pioneer Royalty, Inc., et al. v. Gaither Petroleum Corp., et al.,* Cause No. 2012-255, in the 402nd Judicial District, Wood County, Texas.

August 26    The attorney participated in an arbitration/mediation and returned home from Houston in *Pioneer Royalty, Inc., et al. v. Gaither Petroleum Corp., et al.,* Cause No. 2012-255, in the 402nd Judicial District, Wood County, Texas.

August 27    The attorney prepared the settlement agreement and dismissal documents *Fuentes, et al. v. Riggle,* No. 6:14-CV-00179, in the United States District Court for the Eastern District of Texas, Tyler Division; prepared closing documents for the sale of corporate stock; participated in settlement negotiations in *Lisa Cowley v. CR Capital Group, LLC, et al.,* No. 62,728-A, in the County Court at Law No. 2, Smith County, Texas; and reviewed incoming correspondence and pleadings from the prior few days spent in arbitration.

August 28    The attorney prepared the settlement agreement and dismissal documents *Fuentes, et al. v. Riggle,* No. 6:14-CV-00179, in the United States District Court for the Eastern District of Texas, Tyler Division; attended meeting with co-counsel to review closing documents for a complex probate estate and related lawsuits; and prepared pleadings in order to comply with deadlines in *David Ford v. Larry Smith, et al.*, No. 6:14CV880-KNM, in the United States District Court for the Eastern District of Texas, Tyler Division.

August 29    Saturday.

August 30    Sunday.

August 31    The attorney prepared closing documents for a complex probate estate and related lawsuits; prepared a lease agreement, assignment, and bill of sale for a client; and reviewed a franchise agreement and provided an opinion letter to a client.

September 1    The attorney finalized the closing documents for the sale of corporate stock; prepared closing documents for a complex probate estate and related lawsuits; and prepared a commercial lease agreement for a client.

September 2       The attorney reviewed the record and prepared the brief of Appellees in this case.

September 3       The attorney reviewed the record and prepared the brief of Appellees in this case.

September 4       The attorney reviewed the record and prepared the brief of Appellees in this case.

4.     The attorney plans to complete the Appellees' brief within the thirty (30) days of the current deadline, or October 8, 2015.

5.     This is Appellees' third request for an extension of this deadline.

WHEREFORE, Appellees, Aspect International, Inc. and James Michael Sterling, request the Court to grant this motion.

Respectfully submitted,

M. KEITH DOLLAHITE, P.C.
5457 Donnybrook Avenue
Tyler, Texas  75703
(903) 581-2110
(903) 581-2113  (Facsimile)

/s/ Keith Dollahite
By:_____
M. Keith Dollahite
State Bar No. 05958550

## CERTIFICATE OF CONFERENCE

Before filing this motion, Greg Smith, the attorney for Appellants, was contacted about this motion, and he indicated he does not oppose this motion.

/s/ Keith Dollahite
_____

5

## VERIFICATION

I swear or affirm that the facts stated herein are true and correct.



| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF SMITH | § |

BEFORE ME, the undersigned official, on this day personally appeared the undersigned affiant, known to me to be the person whose name is subscribed to the foregoing document, and being by me first duly sworn, declared that the statements therein contained are true and correct.

SUBSCRIBED AND SWORN TO before me on September 8, 2015, to certify which witness my hand and seal of office.

*Judith Richbourg-Carnes*
Notary Public, State of Texas
My Commission Expires: 7/01/2017

JUDITH RICHBOURG-CARNES
Notary Public
STATE OF TEXAS
My Comm. Exp. 07/01/2017

## CERTIFICATE OF SERVICE

This document was filed and served electronically upon Gregory D. Smith, Ramey & Flock, P.C., 100 East Ferguson, Suite 500, Tyler, Texas 75702, gsmith@rameyflock.com on September 8, 2015.

/s/ Keith Dollahite